JOHN L. BARBER, SB# 160317
 E-Mail: barber@lbbslaw.com
MELISSA T. OMANSKY, SB# 227451
 E-Mail: omansky@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>  Plaintiff,<br><br>   v.<br><br>LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUGS STORE #55; LONGS DRUG STORE, INC.<br><br>  Defendants. | CASE NO. 07CV 2302IEG (BLM)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(C)]**<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities and [Proposed] Order]<br><br>Date:  February 19, 2008<br>Time:  10:30 a.m.<br>Dept.:  Courtroom 1<br>Judge:  Hon. Irma E. Gonzalez<br><br>ACTION FILED: December 7, 2007 |

Pursuant to Federal Rule of Evidence 201, Defendant LONGS DRUG STORES CALIFORNIA, INC. ("Longs") hereby submits the following Request for Judicial Notice in Support of its Motion to Decline Supplemental Jurisdiction and to Dismiss Plaintiff's State Law Claim [28 U.S.C. § 1367(c)]:

1.  Longs hereby requests the Court take judicial notice of the January 17, 2007, denial of the California Supreme Court of the petition for review of plaintiff/appellant David Gunther on the decision of Gunther v. Lin, 144 Cal.App.4th

1  223 (4th Dist. 2006). A true and correct copy of which is attached hereto as Exhibit
2  "A."
3      2.  Longs hereby requests this Court take judicial notice of its decision in
4  Cross v. Pacific Coast Plaza Invest. No. 06CV2543 JM(RBB) (SD Cal. Mar. 6,
5  2007), a true and correct copy of which is attached hereto as Exhibit "B."
6      3.  Longs hereby requests this Court take judicial notice of the November
7  16, 2007 decision of the United States District Court for the Southern District of
8  California in A.J. Oliver v. GMRI, Inc., 07CV1719-IEG (WMc), a true and correct
9  copy of which is attached hereto as Exhibit "C."
10     4.  Longs hereby requests this Court take judicial notice of the March 22,
11 2007 decision of the United States District for the Eastern District of California in
12 Wilson v. Haria and Gogri Corp., 2007 WL 851744 (ED Cal. 2007), a true and
13 correct copy of which is attached hereto as Exhibit "D."
14     4.  Longs hereby requests this Court take judicial notice of the May 29,
15 2007 decision of the United States District Court for the Southern District of
16 California in Cross v. Boston Market Corp., 07CV486(LSP), a true and correct copy
17 of which is attached hereto as Exhibit "E."

19 DATED: January 7, 2008    JOHN L. BARBER
20                            MELISSA T. OMANSKY
                               LEWIS BRISBOIS BISGAARD & SMITH LLP

22                            By /s/ John L. Barber
23                            John L. Barber
                               Melissa T. Omansky
24                            Attorneys for Defendant LONGS DRUG
                               STORES CALIFORNIA, INC.

# FEDERAL COURT PROOF OF SERVICE
*Oliver v. GMRI, Inc., et al.* - File No. F023-01

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On January 7, 2008, I served the following document described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(C)]** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Lynn Hubbard, III, Esq.
ScottLynn Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, California 95926
Tel.: (530) 895-3252
Fax: (530) 894-8244

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ] (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to the offices of the addressee.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2008, at Los Angeles, California.

_____
Celeste Granger

4835-0437-3506.1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C.