JOHN L. BARBER, SB# 160317
   E-Mail: barber@lbbslaw.com
MELISSA T. OMANSKY, SB# 227451
   E-Mail: omansky@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A.J. OLIVER, | ) | CASE NO. 07CV 2302IEG (BLM) |
|        Plaintiff, | ) | |
| | ) | **CERTIFICATION AND NOTICE OF** |
|    v. | ) | **INTERESTED PARTIES** |
| | ) | |
| LONGS DRUG STORES | ) | ACTION FILED:  December 7, 2007 |
| CALIFORNIA, INC. dba LONGS | ) | |
| DRUGS STORE #55; LONGS DRUG | ) | |
| STORE, INC. | ) | |
| | ) | |
|        Defendants. | ) | |

TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

    The undersigned, counsel of record for Defendant LONGS DRUG STORES CALIFORNIA, INC., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

| PARTY | CONNECTION |
|-------|------------|
| A.J. Oliver | Plaintiff |
| LONGS DRUG STORES CALIFORNIA, INC. | Defendant |

DATED: January 7, 2008

JOHN L. BARBER
MELISSA T. OMANSKY
LEWIS BRISBOIS BISGAARD & SMITH LLP

By
John L. Barber
Melissa T. Omansky
Attorneys for Defendant LONGS DRUG
STORES CALIFORNIA, INC.

# FEDERAL COURT PROOF OF SERVICE
*Oliver v. GMRI, Inc., et al.* - File No. F023-01

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

     On January 7, 2008, I served the following document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Lynn Hubbard, III, Esq.
ScottLynn Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, California 95926
Tel.: (530) 895-3252
Fax: (530) 894-8244

[X]    (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ]    (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to the offices of the addressee.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on January 7, 2008, at Los Angeles, California.

_____
Celeste Granger

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4849-4767-2834.1