JOHN L. BARBER, SB# 160317
　E-Mail: barber@lbbslaw.com
MELISSA T. OMANSKY, SB# 227451
　E-Mail: omansky@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUGS STORE #55; LONGS DRUG STORE, INC.<br><br>　　　　Defendants. | CASE NO. 07CV 2302IEG (BLM)<br><br>**NOTICE OF MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(C)]**<br><br>[Filed concurrently with Memorandum of Points; Authorities and Request for Judicial Notice; and [Proposed] Order]<br><br>Date:　February 19, 2008<br>Time:　10:30 a.m.<br>Dept.:　Courtroom 1<br>Judge:　Hon. Irma E. Gonzalez<br><br>ACTION FILED: December 7, 2007 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 19, 2008, at 10:30 a.m. in Courtroom 1 of the above-referenced court located at 940 Front Street, San Diego, California, Defendant Longs Drug Stores California, Inc. will, and hereby does, move this Court to decline supplemental jurisdiction and to dismiss Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c).

///

1  This motion is based upon this notice, the accompanying Memorandum of
2  Points and Authorities, the accompanying Request for Judicial Notice in Support of
3  Motion to Decline Supplemental Jurisdiction and to Dismiss State Claims, as well as
4  the complete files and records of this action and on such other and further evidence,
5  arguments, and authorities as may be submitted prior to and during the hearing on
6  this motion.

8  DATED: January 7, 2008       JOHN L. BARBER
                                MELISSA T. OMANSKY
9                               LEWIS BRISBOIS BISGAARD & SMITH LLP

       By _____
          John L. Barber
          Melissa T. Omansky
          Attorneys for Defendant LONGS DRUG
          STORES CALIFORNIA, INC.

4845-7595-2386.1                    -2-
NOTICE OF MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND TO DISMISS PLAINTIFF'S
STATE LAW CLAIMS [28 U.S.C. § 1367(C)]

**FEDERAL COURT PROOF OF SERVICE**
*Oliver v. GMRI, Inc., et al.* - File No. F023-01

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

    On January 7, 2008, I served the following document described as **NOTICE OF MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(C)]** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Lynn Hubbard, III, Esq.
ScottLynn Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, California 95926
Tel.: (530) 895-3252
Fax: (530) 894-8244

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ] (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to the offices of the addressee.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2008, at Los Angeles, California.

_____
Celeste Granger

4845-7595-2386.1

NOTICE OF MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(C)]