JOHN L. BARBER, SB# 160317
  E-Mail: barber@lbbslaw.com
MELISSA T. OMANSKY, SB# 227451
  E-Mail: omansky@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, | CASE NO. 07CV 2302IEG (BLM) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCUMENTS** |
| v. | |
| LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUGS STORE #55; LONGS DRUG STORE, INC. | Dept.:   Courtroom 1<br>Judge:   Hon. Irma E. Gonzalez |
| Defendants. | ACTION FILED: December 7, 2007 |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY given that Defendant LONGS DRUG STORES CALIFORNIA, INC. ("Defendant") hereby withdraws certain documents filed with the court on January 7, 2008. Specifically, Defendant withdraws the documents entered as Docket Nos. 5, 6, and 8. Said documents were inadvertently filed and are duplicative documents to Defendant's Motion to Decline Supplemental Jurisdiction and to Dismiss Plaintiff's State Law Claims [U.S.C. § 1367(c)] which were also filed

/ / /

/ / /

-1-
NOTICE OF WITHDRAWAL OF DOCUMENTS

4846-0603-3922.1

1  on January 7, 2008.

2

3  DATED: January 10, 2008          Respectfully submitted,

4                                   JOHN L. BARBER
                                    MELISSA T. OMANSKY
5                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7                                   By /s/ M. [signature]
8                                   John L. Barber
                                    Melissa T. Omansky
9                                   Attorneys for Defendant LONGS DRUG
                                    STORES CALIFORNIA, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**FEDERAL COURT PROOF OF SERVICE**
*Oliver v. GMRI, Inc., et al.* - File No. F023-01

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

    On January 10, 2008, I served the following document described as **NOTICE OF WITHDRAWAL OF DOCUMENTS** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Lynn Hubbard, III, Esq.
ScottLynn Hubbard, IV, Esq.
Law Offices of Lynn Hubbard
12 Williamsburg Lane
Chico, California 95926
Tel.: (530) 895-3252
Fax: (530) 894-8244

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ] (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to the offices of the addressee.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 10, 2008, at Los Angeles, California.

_____
Celeste Granger

4846-0603-3922.1

NOTICE OF WITHDRAWAL OF DOCUMENTS