**TABLE OF CONTENTS**

Table of Authorities…………………………………….………ii-iii

I.    Introduction.................................................................................. 1-2

II.   Discussion ................................................................................2-14

    A.    This Court Should Decline Supplemental

        Jurisdiction Only Over the Unruh Act Claim.......................... 2-4

    B.    Oliver Has Pled Intent in His Complaint................................. 4-5

    C.    *Gunther* Misinterpreted the Current Law as Well

        as the Statutes at Issue ........................................................5-12

        1.    *Gunther* is Not Controlling and Contradicts

            Ninth Circuit Law...................................................... 6-7

        2.    Legislative History.................................................... 7-11

            i.  Plain Language ................................................. 10-11

        3.    The State Claims Do NOT Present Novel

            Or Complex Issues of Law..................................... 11-12

    D.    Even Without a Statutory Analysis, *Gunther* is

        Wrong on the Law...................................................... 12-16

III.  Conclusion ............................................................................. 17-18

# TABLE OF AUTHORITIES

<u>Cases</u>

*Burks v. Poppy Construction Co.,*
      (1962) 57 Cal.2d 463 ........................................................................ 15

*Digenova v. State Bd. Of Educ.,*
      57 Cal.2d 167, 178 (1962) ............................................................. 5 n.1

*Gunther v. Lin,*
      50 Cal.Rptr.3d 317 (Cal.App.2006) ........................................... 1, 5-14

*Harris v. Capital Growth Investors XIV,*
      (1991) 52 Cal.3d 1142 ............................................................... 6, 11-14

*In re Watts,*
      298 F.3d. 1077 (9th Cir. 2002) ........................................................... 5

*Isbister v. Boys' Club of Santa Cruz,*
      (1985) 40 Cal.3d 72 .......................................................................... 15

*Johnson v. Barlow,*
      2007 WL 1723617 (E.D.Cal)............................................................. 10

*Kimmel v. Goland,*
      51 Cal.3d 202 (1990) ......................................................................... 7

*Koire v. Metro Car Wash,*
      (1985) 40 Cal.3d 24 ..................................................................... 11-14

*Lentini v. California Center for the Arts, Escondido,*
      370 F.3d 837 (9th Cir. 2004) ....................................................... 2-5, 10

*Modern Development Co. v. Navigators, Ins. Co.,*
      (2003) 4 Cal.Rptr.3d 528 ............................................................. 11-13

*Pinnock v. Solana Beach Do It Yourself Dog Wash, Inc.*,
    2007 WL 1989635 (S.D.Cal.) .............................................................. 10

*Takahashi v. Loomis Armored Car Serv.*,
    625 F.2d 314 (9th Cir. 1980) ............................................................... 5

*Wells v. One2One Learning Found.*,
    29 Cal. 4th 1164 (2006) ....................................................................... 9

*Western Oil & Gas Assn. V. Monterey Bay Unified Air Pollution Control Dist.*,
    (1989) 49 Cal.3d 408 ........................................................................... 7

*Wilson v. Haria and Gogri Corp. dba Jack-In-The-Box #551, et al.*,
    479 F.Supp.2d 1127 (E.D.Cal.2007) .............................................. 4-10

Statutes

Cal. Civ. Code § 51 ................................................................................. 6-8

Cal. Civ. Code § 51(f) ............................................................................. 8, 15

Cal. Civ. Code § 52 ................................................................................. 6-9

28 U.S.C. § 1367 .................................................................................... 9-10

42 U.S.C. § 12182(b)(2)(A)(iv) ............................................................. 13