# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>                              Plaintiff,<br>   vs.<br>LONGS DRUG STORES CALIFORNIA, INC.,<br><br>                              Defendant. | CASE NO. 07cv2302<br><br>ORDER VACATING HEARING<br><br>[Doc. No. 3.] |

Defendant has filed a motion to decline supplemental jurisdiction and dismiss plaintiff's state law claims. The Court hereby VACATES the hearing set for Tuesday, February 19, 2008, at 10:30 AM and takes the matter under submission.

**IT IS SO ORDERED.**

**DATED: February 12, 2008**

*[signature]*

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**