UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| A. J. OLIVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LONGS DRUG STORES CALIFORNIA, INC. dba LONGS DRUGS STORE #055; LONGS DRUG STORE, INC.<br><br>    Defendants. | Case No. 07cv2302 IEG (BLM)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice.

Dated:  !2/16/08

**IRMA E. GONZALEZ, Chief Judge
United States District Court**